UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GARCIA COBIAN,

          Petitioner,

    v.

TONYA ANDREWS, et al.,

          Respondents.

No. 1:26-cv-00874-TLN-SCR

**ORDER**

Petitioner Carlos Garcia Cobian ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a motion for temporary restraining order ("TRO") (ECF No. 3).  Respondents shall file a response to Petitioner's motion for TRO by **February 6, 2026**.  Any opposition shall provide the Court with copies of all referenced/relevant portions of Petitioner's A-File and any and all available records related to Petitioner's allegations.

Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Petitioner's motion to proceed in forma pauperis is granted.  *See* 28 U.S.C. § 1914.

Petitioner has also filed a motion for the appointment of counsel.  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice

1

require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Within **seven days** from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents shall file any opposition to Petitioner's motion for TRO (ECF No. 3) by **February 6, 2026**;

2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the Court;

3. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

4. Petitioner's motion to appoint counsel (ECF No. 4) is granted; Within **seven days** from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment; and

5. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition and the motion for temporary restraining order.

IT IS SO ORDERED.

Date: February 4, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2